IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE and ROSE MEJIA and<br>OSMAN and AZRA ZHIROVIC,<br><br>      Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>and DEUTSCHE BANK NATIONAL TRUST<br>COMPANY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 08 C 1386<br>)<br>)<br>)  Judge Kennelly<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   Anthony P. Valach, Jr.
       Daniel Mark Harris
       The Law Offices of Daniel Harris
       150 North Wacker Drive
       Suite 3000
       Chicago, Illinois 60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Mathew F. Kennelly, or any judge sitting in his stead in Room 2103 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, April 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' (Agreed) Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint**, a copy of which was previously served upon you.

Dated: March 31, 2008
                                            Respectfully submitted,

                                            AMERIQUEST MORTGAGE COMPANY and
                                            DEUTSCHE BANK NATIONAL TRUST
                                            COMPANY, Defendants


                                            By: s/ Jonathan N. Ledsky
                                                One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## **CERTIFICATE OF SERVICE**

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**Anthony P. Valach, Jr.** (anthonyvalach@sbcglobal.net)
**Daniel Mark Harris** (lawofficedh@yahoo.com)

this 31st day of March, 2008.

s/ Jonathan N. Ledsky

2