IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE and ROSE MEJIA and OSMAN and AZRA ZHIROVIC, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 08 C 1386 |
| AMERIQUEST MORTGAGE COMPANY, and DEUTSCHE BANK NATIONAL TRUST COMPANY, ) ) ) ) ) | Judge Kennelly |
| Defendants. ) | |

**DEFENDANTS' MOTION TO STRIKE FILING OF DEFENDANTS' (AGREED) MOTION FOR REASSIGNMENT OF RELATED ACTION**

Defendants, Ameriquest Mortgage Company and Deutsche Bank National Trust Company ("Defendants"), move to strike the version of Defendants' (agreed) motion for reassignment of related action filed in this Court. In support of their motion, Defendants state as follows:

1. Today, April 2, 2008, Defendants inadvertently filed Defendants' (agreed) motion for reassignment of related action in the wrong court (under Case No. 08 C 1386, Docket No. 12, attached hereto as Exhibit A).

2. Defendants' (agreed) motion for reassignment, pursuant to local rules, should have been filed under the case number to which the "related" lawsuit will be reassigned (under <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097). After filing Defendants' (agreed) motion for reassignment in the wrong court under the wrong case number, Defendants filed their (agreed) motion for reassignment in the correct court under the correct case number.

3. Defendants apologize for any confusion.

WHEREFORE, Defendants, Ameriquest Mortgage Company and Deutsche Bank National Trust Company, respectfully request this Court strike the version of Defendants' (agreed) motion for reassignment of related action filed in this Court.

Dated:  April 2, 2008                           Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY, Defendants


By:  s/ Jonathan N. Ledsky
       One of their Attorneys


Craig A. Varga
Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendants' Motion to Strike Filing of Defendants' (Agreed) Motion for Reassignment of Related Action** was served electronically upon counsel of record:

**Anthony P. Valach, Jr.** (anthonyvalach@sbcglobal.net)
**Daniel Mark Harris** (lawofficedh@yahoo.com)

this 2nd day of April, 2008.


s/ Jonathan N. Ledsky

2