IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE and ROSE MEJIA and OSMAN and AZRA ZHIROVIC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 1386 |
| AMERIQUEST MORTGAGE COMPANY, and DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) ) ) | Judge Kennelly |
| Defendants. | ) | |

### NOTICE OF MOTION

To: Anthony P. Valach, Jr.
Daniel Mark Harris
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Mathew F. Kennelly, or any judge sitting in his stead in Room 2103 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, April 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' Motion to Strike Filing of Defendants' (Agreed) Motion for Reassignment of Related Action**, a copy of which was previously served upon you.

Dated: April 2, 2008

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY, Defendants


By: s/ Jonathan N. Ledsky
    One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## CERTIFICATE OF SERVICE

Jonathan N. Ledsky, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**Anthony P. Valach, Jr.** (anthonyvalach@sbcglobal.net)
**Daniel Mark Harris** (lawofficedh@yahoo.com)

this 2nd day of April, 2008.

s/ Jonathan N. Ledsky