**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jose Mejia, et al.
            Plaintiff,

v.                Case No.: 1:08–cv–01386
                Honorable Matthew F. Kennelly

Ameriquest Mortgage Company, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

  MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/4/08:Defendants' motion (13) to strike the motion for reassignment (Doc. No. 12), as it was filed under the wrong case number, is granted. Defendants' motion to reassign case (Doc. No. 12) is stricken. Motions terminated. The motion hearings set for 4/8/08 are stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.