

# United States District Court
# Northern District of Illinois

In the Matter of

Mejia, et al

v.

Ameriquest Mortgage, et al

Case No. 08 C 1386

Designated Magistrate Judge
Jeffrey Cole

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **05C7097(MDL-1715)**, which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Marvin Aspen

Dated: April 4, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: 4/4/08

Finding of Relatedness (Rev. 9/99)