# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1386 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Jose and rose Mejia vs. Osman and Azra Zhirovic | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time is granted. Response to complaint is to be filed by 5/30/08. Defendants' motion to strike filing of agreed motion for reassignment is also granted. The motion for reassignment that is noticed before Judge Kennelly on 4/8/08 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:08-cv-01386   Document 19   Filed 04/08/2008   Page 1 of 1

08C1386 Jose and rose Mejia vs. Osman and Azra Zhirovic    Page 1 of 1